IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 5:23cr10-DCB-LGI

BRANDON SCOTT FAVRE, and
JASON DANIEL MARTIN

18 U.S.C. § 371
16 U.S.C. § 3372(a)(1)
16 U.S.C. § 3373(d)(2)

NOTICE OF MAXIMUM PENALTY

**Conspiracy to Violate the Lacey Act**
18 U.S.C. § 371, 16 U.S.C. §§ 3372(a)(1) and 3373(d)(2)

- Not more than one (1) year of imprisonment
- Not more than a $10,000 fine
- Not more than one (1) year of supervised release
- $100 special assessment