SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
OCT 17 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: __Adams__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 5:23cr10-DCB-LGI
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: ___ YES _X_ NO

NAME/ALIAS: __Jason Daniel Martin__

**U.S. ATTORNEY INFORMATION:**

AUSA __Herbert S. Carraway__   BAR # __104163__

INTERPRETER: _X_ NO ___ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__   _____ PETTY   __1__ MISDEMEANOR   _____ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   18:371.M | 18 U.S.C § 371 | Conspiracy to Violate the Lacey Act | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: _____

Revised 9/22/2020